United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO LIGHTSPEED VENTURE PARTNERS, | Case No. 26-mc-80289-TSH<br><br>**ORDER TRANSFERRING MOTION TO DISTRICT OF MASSACHUSETTS**<br><br>Re: Dkt. No. 1 |

Before the Court is Lightspeed Management Company, L.L.C. d/b/a Lightspeed Venture Partners' motion to quash a subpoena issued in connection with an action pending in the United States District Court for the District of Massachusetts, *UMG Recordings, Inc. v. Suno, Inc.*, 1:24-cv-11611-FDS. Lightspeed filed the present miscellaneous action in this District because the subpoena requires compliance here. *See* Fed. R. Civ. P. 45(d)(3)(A) ("On timely motion, the court for the district where compliance is required must quash or modify a subpoena . . . ."); Fed. R. Civ. P. 45(c)(2)(A). The District of Massachusetts is the issuing court. *See* Fed. R. Civ. P. 45(a)(2) ("A subpoena must issue from the court where the action is pending.").

On September 18, 2026, the Court ordered the parties to meet and confer regarding potential transfer of the pending motion under Rule 45(f), which provides: "When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f). As the Court explained in its September 18 Order, when the party subject to the subpoena consents, the Court may transfer the motion without making a separate finding of exceptional circumstances, although transfer remains discretionary. ECF No. 5 at 2 (citing Fed. R. Civ. P. 45 advisory committee's note to 2013 amendment).

On October 1, 2026, the parties filed their joint statement. ECF No. 11. They state that Lightspeed consents to transfer of the motion to quash to the District of Massachusetts and that no party contends this Court should nonetheless exercise its discretion to retain and decide the motion. The Court therefore finds transfer appropriate under Rule 45(f).

Accordingly, the Court **TRANSFERS** this miscellaneous action to the United States District Court for the District of Massachusetts for resolution of the motion to quash in *UMG Recordings, Inc. v. Suno, Inc.*, No. 1:24-cv-11611-FDS. The Clerk of Court shall close the file in this District.

**IT IS SO ORDERED.**

Dated: October 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California