HUESTON HENNIGAN LLP
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Rajan S. Trehan, State Bar No. 302242
rtrejan@hueston.com
Christina V. Rayburn, State Bar No. 255467
crayburn@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiffs
UMG Recordings, Inc., Capitol Records, LLC and Sony Music Entertainment

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SUBPOENA to LIGHTSPEED VENTURE PARTNERS,

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

Defendants.

Case No. 3:26-mc-80289
Hon. Magistrate Judge Thomas S. Hixson

(Underlying Case Pending in U.S. District Court for the District of Massachusetts: UMG Recordings, Inc. v. Suno, Inc., Civil Action No. 1:24-cv-11611-FDS)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3) ; ORDER**

I, Mariah Rivera, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment ("Plaintiffs") in the above-entitled action. My local co-counsel in this case is Moez M. Kaba, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local counsel's bar number is 257456.

My address of record: 1 Little West 12th Street, New York, NY 10014

My telephone number: (646) 930-4046

My email address: mrivera@hueston.com

Local counsel's address of record: 523 West 6th Street, Suite 400, Los Angeles, CA 90014

Local counsel's telephone number: (213) 788-4340

Local counsel's email address: mkaba@hueston.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 5681556.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted *pro hac vice* admission by the Court one time in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2026

Mariah Rivera

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

**IT IS HEREBY ORDERED THAT** the application of Mariah Rivera is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 2, 2026

UNITED STATES MAGISTRATE JUDGE